UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUUL LABS, INC., a Delaware corporation,

                    Plaintiff,

-v-

HYDE PARK SNACK SHOP INC., a New York corporation,

                    Defendant.

CIVIL ACTION NO.: 22 Civ. 2881 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for General Pretrial Supervision, including scheduling, discovery, non-dispositive pre-trial motions, and settlement. (ECF No. 17). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Monday, August 22, 2022 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:     New York, New York
           July 19, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge